**No. 43557.**—Protest 968068–G of Hiyama Shoten (Honolulu).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of stoves of the household type similar to those passed upon in *Samura* v. *United States* (C. D. 84).   The claim at 25 percent under paragraph 397 and the Swedish Trade Agreement was therefore sustained.